# United States Court of Appeals for the Fifth Circuit

———————

No. 22-10287
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
July 31, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Demarcus Dave Grabert,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CR-45-1

———————————————————

Before Willett, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Demarcus Dave Grabert has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Grabert has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10287

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.